**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1864

ANITA G. ANDERSON,

Plaintiff - Appellant,

versus

YOUNG MEN'S CHRISTIAN ASSOCIATION OF SOUTH
HAMPTON ROADS, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-03-442)

Submitted: March 9, 2005          Decided: March 15, 2005

Before WILKINS, Chief Judge, and WILLIAMS and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas F. Hennessy, III, Norfolk, Virginia, for Appellant. Timothy M. Richardson, HUFF, POOLE & MAHONEY, P.C., Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anita G. Anderson appeals the grant of summary judgment in favor of the Young Men's Christian Association of South Hampton Roads (YMCA) on her claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e-5 (West 2003). Anderson alleges that the YMCA discriminated against her on account of her gender and in retaliation against her for engaging in activity protected by federal employment discrimination laws when it failed to rehire her in 2002. Having reviewed the joint appendix and the parties' briefs, we are persuaded that the district court reached the correct result. Accordingly, we affirm on the reasoning of the district court. <u>Anderson v. Young Men's Christian Ass'n of South Hampton Roads, Inc.</u>, No. 2:03-cv-442 (E.D. Va. June 10, 2004).

<u>AFFIRMED</u>